**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| A.J. B. | : | No. 148 WAL 2018 |
| v. | : | |
| A.G.B., now A.M.G. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| _____ | : | |
| D.K. | : | |
| v. | : | |
| A.B. and A.G.B., now A.M.G. | : | |
| Petition of: A.J.B. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.